# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAWN HANSEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KATHLEEN E. DELANEY, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00135-JAD-DJA<br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiffs' motion to file electronically (ECF No. 23) and motion to receive a copy of the "vexatious litigant motion" (ECF No. 25).  Under Local Rule IC 2-1(b), a pro se litigant may request the court's authorization to register as a filer in a specific case. Plaintiffs assert that they have access to a computer, frequent access to their email account, a word processing program, the ability to convert word processing documents into PDFs, and a way to scan documents to create attachments.  (ECF No. 23).  Because the Court finds that Plaintiffs are capable of filing electronically, it grants their motion to file electronically (ECF No. 23).  Because the Court finds that Plaintiffs will be able to access the docket—and thus filed motions—electronically upon receiving a CM/ECF account, it denies their motion for a copy of the vexatious litigant motion as moot.

　　　　**IT IS THEREFORE ORDERED** that the Plaintiffs' motion to file electronically (ECF No. 23) is GRANTED.

　　　　**IT IS FURTHER ORDERED** that the Plaintiffs' motion to receive a copy of the "vexatious litigant motion" (ECF No. 25) is DENIED as moot.

　　　　**IT IS FURTHER ORDERED** that Plaintiffs must comply with the following procedures to activate their CM/ECF account:

1. By June 25, 2021, Plaintiffs must fill out and submit by mail the Consent for Electronic Service of Documents form available at: https://www.nvd.uscourts.gov/wp-content/uploads/2020/04/Consent-by-Pro-Se-Non-Prisoner-to-receive-NEFs-4-15-20.pdf

2. By June 25, 2021, Plaintiffs must fill out and submit by email the Request for CM/ECF Login and Password by Pro Se Litigant available at: https://www.nvd.uscourts.gov/wp-content/uploads/2018/09/Pro-Se-Registration-Form-fillable.pdf

3. Plaintiffs must read and comply with Local Rule IC 2-2, IC 3-1, ad IC 4-1.

4. Plaintiffs must fill read and comply with the guidelines available at https://www.nvd.uscourts.gov/e-filing-permission/

DATED: June 11, 2021

---
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE